# NO. 12-19-00289-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: TEXAS DEPARTMENT OF* | § | |
| *FAMILY AND PROTECTIVE* | § | *ORIGINAL PROCEEDING* |
| *SERVICES, RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Relator, the Texas Department of Family and Protective Services (the Department), filed this original proceeding to challenge Respondent's decision to grant a request for jury trial.[1] On August 21, 2019, the Department filed a mediated settlement agreement with this Court. The agreement states, in pertinent part, as follows: (1) the parties agree to settle all claims and controversies between them, (2) the agreement is intended to settle "all pending matters in the appellate matter," (3) the parties will "cooperate in dismissing the mandamus action (and any related proceedings) now pending before the Twelfth Court of Appeals in Case No. 12-19-00289-CV, and in lifting the current stay on proceedings in the trial court," and (4) the agreement is not subject to revocation. On August 22, the Department filed a motion to dismiss this original proceeding. The motion requests that we lift our stay of August 20 and dismiss the petition for writ of mandamus as moot.

If a controversy no longer exists between the parties, the case becomes moot. ***Reule v. RLZ Inv.***, 411 S.W.3d 31, 32 (Tex. App.—Houston [14th Dist.] 2013, no pet.). When a judgment "cannot have a practical effect on an existing controversy, the case is moot and any opinion issued on the merits in the appeal would constitute an impermissible advisory opinion." ***Id.*** An opinion is advisory when it neither constitutes specific relief to a litigant nor affects legal relations. *See*

---

[1] Respondent is the Honorable Robert H. Wilson, Judge of the 321st District Court in Smith County, Texas. The Real Parties in Interest are B.N.Y. and U.T.

*Houston Chronicle Publ'g Co. v. Thomas*, 196 S.W.3d 396, 401 (Tex. App.—Houston [1st Dist.] 2006, no pet.). Accordingly, because the parties resolved the dispute presented in this original proceeding, we **grant** the Department's motion and **dismiss** the petition for writ of mandamus as **moot**. *See **In re Gray***, No. 12-19-00156-CV, 2019 WL 2461656, at *1 (Tex. App.—Tyler May 31, 2019, orig. proceeding) (mem. op.); *see also **In re Hite***, No. 12-18-00121-CV, 2018 WL 2715300, at *2 (Tex. App.—Tyler June 6, 2018, orig. proceeding) (mem. op.); TEX. R. APP. P. 42.1(a). We **vacate** our stay of August 20, 2019.

Opinion delivered August 30, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 30, 2019**

**NO. 12-19-00289-CV**

**TEXAS DEPARTMENT OF FAMILY
AND PROTECTIVE SERVICES,**
Relator
V.

**HON. ROBERT H. WILSON,**
Respondent

---

**ORIGINAL PROCEEDING**

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by the Texas Department of Family and Protective Services; who is the relator in appellate cause number 12-19-00289-CR and petitioner in trial court cause number 19-1272-D, pending on the docket of the 321st Judicial District Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on August 20, 2019, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**. The August 20, 2019, stay is **lifted**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*

3